**No. 39119.**—Protests 520110–G, etc., of Jaeger Co. et al. (New York).

Opinion by TILSON, J. Knitted wearing apparel the same as that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.